IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

KEVIN OWENS,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

     Appellant,

v.

CASE NO. 1D14-3385

MICHAEL D. CREWS,
SECRETARY, FLORIDA
DEPARTMENT OF
CORRECTIONS,

     Appellee.

_____/

Opinion filed September 4, 2014.

An appeal from an order of the Circuit Court for Leon County.
Charles A. Francis, Judge.

Kevin Owens, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Tammy S. Metcalf, Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

     DISMISSED.

PADOVANO, THOMAS, and ROBERTS, JJ., CONCUR.